1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 RONALD COUTURE            )   Case No.  11-2778 CMK
   xxx-xx-4347               )
12                           )
                             )
13                           )   STIPULATION AND
                             )   ORDER EXTENDING PLAINTIFF'S
          Plaintiff,         )   TIME TO FILE SUMMARY
14                           )   JUDGMENT MOTION
   v.                        )
15                           )
   MICHAEL J. ASTRUE         )
16 Commissioner of Social Security )
   of the United States of America, )
17                           )
          Defendant.         )
18                           )
                             )
19 _____)

20     IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 plaintiff's time to file his summary judgment is hereby extended from June 4, 2012, to June 14, 2012.

22 This is plaintiff's first extension and is required due to the need to spread-out the briefing of the five

23 other briefs due within the same five day time period as plaintiff's brief.   The briefs have been

24 rescheduled based on the age of the case.

25 / / / /

26 / / / /

27 / / / /

28

                                            1

| | |
|---|---|
| Dated: May 24, 2012 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: May 24, 2012 | Benjamin B. Wagner <br> United States Attorney <br><br> Donna L. Calvert <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration <br><br> /s/ *Tova D. Wolking* <br> TOVA D. WOLKING <br><br> Special Assistant United States Attorney <br> Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 31, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE