BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD COUTURE<br>xxx-xx-4347<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>Defendant. | Case No. 11-2778 CMK<br><br>**STIPULATION AND**<br>**ORDER EXTENDING PLAINTIFF'S**<br>**TIME TO FILE SUMMARY**<br>**JUDGMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the plaintiff's time to file his summary judgment is hereby extended from June 4, 2012, to June 14, 2012. This is plaintiff's first extension and is required due to the need to spread-out the briefing of the five other briefs due within the same five day time period as plaintiff's brief.  The briefs have been rescheduled based on the age of the case.

/ / / /

/ / / /

/ / / /

Dated: May 24, 2012

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: May 24, 2012

Benjamin B. Wagner

United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Tova D. Wolking*
TOVA D. WOLKING

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 31, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE