1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8                       IN THE UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10
   RONALD COUTURE            )   Case No. 11-2778 CMK
11 xxx-xx-4347               )
                             )
12                           )
                             )   **STIPULATION AND PROPOSED**
13                           )   **ORDER EXTENDING PLAINTIFF'S**
             Plaintiff,      )   **TIME TO FILE SUMMARY**
14                           )   **JUDGEMENT MOTION**
   v.                        )
15                           )
   **MICHAEL J. ASTRUE**     )
16 **Commissioner of Social Security** )
   **of the United States of America,** )
17                           )
             Defendant.      )
18                           )
                             )
19

20      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 plaintiff's time to file his summary judgment is hereby extended from June 14, 2012 to June 18, 2012.

22 This short additional extension is required due to counsel's need to be out of the office on personal

23 business.

24 / / / /

25 / / / /

26 / / / /

27

28

                                              1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 14, 2012 | /s/Bess M. Brewer |
| 3 | | BESS M. BREWER<br>Attorney at Law |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | Dated: June 14, 2012 | Benjamin B. Wagner |
| 7 | | United States Attorney |
| 8 | | Donna L. Calvert |
| 9 | | Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| 10 | | |
| 11 | | /s/ Tova D. Wolking<br>TOVA D. WOLKING |
| 12 | | Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 18, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2