1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 509-7051
4

5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RONALD COUTURE  xxx-xx-4347 | Case No. 11-2778 CMK |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| v. | |
| MICHAEL J. ASTRUE **Commissioner of Social Security of the United States of America,** | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the plaintiff's time to file his summary judgment is hereby extended from June 14, 2012 to June 18, 2012. This short additional extension is required due to counsel's need to be out of the office on personal business.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 14, 2012 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| 3 | | |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | | |
| 7 | Dated: June 14, 2012 | Benjamin B. Wagner <br> United States Attorney |
| 8 | | |
| 9 | | Donna L. Calvert <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration |
| 10 | | |
| 11 | | /s/ *Tova D. Wolking* <br> TOVA D. WOLKING |
| 12 | | Special Assistant United States Attorney <br> Attorneys for Defendant |
| 13 | | |
| 14 | | **ORDER** |
| 15 | APPROVED AND SO ORDERED. | |
| 16 | | |
| 17 | DATED: June 18, 2012 | |
| 18 | | |
| 19 | | **CRAIG M. KELLISON** <br> UNITED STATES MAGISTRATE JUDGE |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

2